UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GUISELA AGUIRRE GUERRA

    Plaintiff,

  vs.

DEMATIC CORP., a Delaware Corporation; DOES 1-25; and BLACK CORPORATIONS A-Z,

    Defendants.

CASE No.3:18-cv-00376-LRH-CBC

STIPULATION AND ORDER

_____

After having completed some initial written discovery, the parties hereby stipulate to the following:

(1) Plaintiff Guisela Aguirre Guerra may amend her complaint to substitute the entity Rapistan Demag, the predecessor of a line of business to Dematic Corp., in place of Black Corporation A, and to add a claim for failure to provide instructions and warnings regarding the use of the product at issue.

(2) Defendant Dematic Corp. may file a third party

complaint against Sally Beauty Supply, the purchaser and owner of the product allegedly involved in Plaintiff's injury.

(3) The parties shall file their amended pleadings within 15 days of the date this Stipulation and Order is signed by the Court.

(4) Plaintiff's Motion to Amend her Complaint, filed on December 29, 2018, is hereby deemed withdrawn.

Law Office of Steven P. Brazelton

By: Steven P. Brazelton

<u>ss//ss: Steven P. Brazelton</u>      Date: 12/30/18
Attorney for Plaintiff
Guisela Aguirre Guerra


Springel & Fink LLP

By: <u>ss/ss: Michael A. Arata</u>      Date: 12/30/18
Michael A. Arata
Attorneys for Defendant
Dematic Corp.


IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: this 9th day of January, 2019.

2