1  JACK G. ANGARAN
   Nevada State Bar: 711
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   5555 Kietzke Lane, Suite 200
3  Reno, Nevada 89511
   775.827.6440
4  FAX: 775.827.9256
   Jack.angaran@lewisbrisbois.com
5
   Attorneys for Third-Party Defendant
6  SALLY BEAUTY SUPPLY, LLC F/K/A
   SALLY BEAUTY COMPANY, INC.
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| GUISELA AGUIRRE GUERRA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; SIEMENS INDUSTRY, INC., a Delaware Corporation, DOES 1-25; and BLACK CORPORATIONS B-Z,<br><br>Defendants. | CASE NO. 3:18-cv-00376-LRH-CBC<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT AND ORDER<br><br>(First Request) |
|---|---|
| DEMATIC CORP., a Delaware Corporation,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.,<br><br>Third-Party Defendant. | |

IT IS HEREBY STIPULTED by and between the parties hereto, through their respective attorneys, that Third-Party Defendant SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC. may have two weeks additional time within which to answer or otherwise respond to Third-Party Plaintiff DEMATIC CORP.'s Third-Party Complaint.

4820-2815-4761.1

Therefore, the last day for Third-Party Defendant to answer or otherwise respond to Third-Party Complaint is March 27, 2019.

Good cause exists for this extension as defense counsel has recently been assigned this case and requires additional time to become knowledgeable about the case to prepare an initial pleading.

DATED this 13th day of March, 2019.    DATED this 13th day of March, 2019.

SPRINGEL & FINK LLP                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Adam H. Springel                By  /s/ Jack G. Angaran
   ADAM H. SPRINGEL                        JACK G. ANGARAN
   Nevada Bar No. 7187                     Nevada Bar No. 711
   MICHAEL A. ARATA, ESQ.                  JEFFREY D. KOELEMAY
   Nevada Bar No. 11902                    Nevada Bar No.: 14558
   10655 Park Run Drive, Suite 275         5555 Kietzke Lane, Suite 200
   Las Vegas, Nevada 89144                 Reno, Nevada 89511
   Tel. 702.804.0706                       Tel. 775.827.6440

   Attorneys for Third-Party Plaintiff    Attorneys for Third-Party Defendant
   DEMATIC CORP.                          SALLY BEAUTY SUPPLY, LLC F/K/A SALLY
                                          BEAUTY COMPANY, INC.

DATED this 13th day of March, 2019.

LAW OFFICE OF STEVEN P. BRAZELTON

/s/ Steven P. Brazelton
STEVEN P. BRAZELTON
Nevada Bar No. 1996
520 Holcomb Ave.
Reno, Nevada 89502
Tel. 775.826.2380

Attorneys for Plaintiff,
GUISELA AGUIRRE GUERRA

IT IS SO ORDERED.    3/15/19

_____
UNITED STATES MAGISTRATE JUDGE

4820-2815-4761.1                          2