Law Office of Steven P. Brazelton
Steven P. Brazelton (5882)
Nathalie Huynh (5997)
520 Holcomb Avenue
Reno, Nevada 89502
775-826-2380
sbrazelton@brazeltonlaw.com

Attorneys for Plaintiff
Guisela Aguirre Guerra

```
FILED ✓        RECEIVED ___
ENTERED ___    SERVED ON ___
        COUNSEL/PARTIES OF RECORD

         AUG 28 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GUISELA AGUIRRE GUERRA<br><br>Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; and DOES 1-25; and BLACK CORPORATION A-Z,<br><br>Defendant(s).<br><br>DEMATIC CORP.,<br><br>Third Party Plaintiff<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC fka SALLY BEAUTY COMPANY, INC.,<br><br>Third Party Defendant | CASE No. 3:18-cv-00376-LRH-CBC<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY OF ELECTRONIC RECORDS** |

Plaintiff GUISELA AGUIRRE GUERRA ("Plaintiff"), Defendant/Third Party Plaintiff DEMATIC CORP. and Third Party Defendant SALLY BEAUTY SUPPLY, LLC, fka SALLY BEAUTY COMPANY, INC. hereby stipulate to the entry of an Order consistent with the foregoing Stipulation.

The parties hereto stipulate that Dematic Corp. represents that there is no

electronically stored information regarding the design of the "Gravity Gate" product at issue in this matter. The Gravity Gate at issue was designed and developed in 1962, and manufactured and sold in 1993. No design changes have been made since 1962, and the only records regarding the design (including any risk assessments) are in paper form and all such records have been produced by Dematic Corp.

The parties hereby further stipulate that Sally Beauty Supply, LLC represents that there is no electronically stored information regarding its alleged removal of the safety latch on the Gravity Gate.

DATED this 27th day of August, 2019

Law Office of Steven P. Brazelton

By: //ss// Steven P. Brazelton
Steven P. Brazelton (5882)
Nathalie Huynh (5997)
520 Holcomb Avenue
Reno, Nevada 89502
775-826-2380

Attorneys for Plaintiff

Guisela Aguirre Guerra

Dated this 27th day of August, 2019

Sringel & Fink LLP

By: //ss// Nakesha S. Duncan
Adam H. Springel (7187)
Nakesha S. Duncan (11556)
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
702-804-0706

Attorneys for Defendant / Third Party Plaintiff

Dematic Corp.

Dated this 27th day of August, 2019

        Lewis Brisbois Bisgaard & Smith, LLP

By::   //ss/ Jeffrey Kolemay
       Jack G. Angaran (711)
       Jeffrey D. Kolemay (14558)
       555 Keitzke Lane, Suite 200
       Reno, NV 89511
       775-827-9256

Attorneys for Third Party Defendant
Sally Beauty Supply, LLC

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

DATED: 8/28/2019

*Law Office of Steven P. Brazelton*
*520 Holcomb Avenue*
*Reno, Nevada 89502*
*775-826-2380*

3