Law Office of
Steven P. Brazelton
Steven P. Brazelton (5882)
Nathalie Huynh (5997)
520 Holcomb Avenue
Reno, Nevada 89502
775-826-2380

Attorneys for Plaintiff
Guisela Aguirre Guerra

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GUISELA AGUIRRE GUERRA<br><br>    Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; SIEMENS INDUSTRY, INC., a Delaware Corporation, DOES 1-25; and BLACK CORPORATIONS B-Z,<br><br>    Defendants.<br>_____/<br>DEMATIC CORP., a Delaware Corporation,<br><br>    Third-Party Plaintiff<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.<br><br>    Third-Party Defendant<br>_____/ | CASE No. 3:18-cv-00376-LRH-CBC<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY ON PENDING PLAINTIFF GUISELA AGUIRRE GUERRA'S MOTION TO MODIFY THE DISCOVERY PLAN TO INCLUDE AN ELECTRONICALLY STORED INFORMATION DISCOVERY PLAN AND TO COMPEL DEMATIC CORP.'S COMPLIANCE WITH RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE IN ORDER TO DO SO**<br><br>**(FIRST REQUEST)** |

    Plaintiff GUISELA AGUIRRE GUERRA ("Plaintiff"), Defendant DEMATIC CORP., a Delaware corporation ("Dematic"), and Third Party

Defendant SALLY BEAUTY SUPPLY, LLC ("Sally Beauty") pursuant to LR II 7-1, hereby stipulate and agree that Plaintiff may have until June 30, 2020 to file her Reply to Dematic's Opposition to the motion referenced above. This is the first request for an extension for the Reply and the reason therefor is that Plaintiff's Counsels' immediate family member is currently hospitalized and in need of Counsels' attention.

DATED this 15th day of June, 2020

Law Office of
Steven P. Brazelton

//ss// Steven P. Brazelton
By: Steven P. Brazelton
520 Holcomb Avenue
Reno, Nevada 89502
775-826-2380

Attorneys for Plaintiff
Guisela Aguirre Guerra

Springel & Fink, LLP

//ss// Nakesha Duncan
By: Nakesha Duncan
9075 W. Diablo, Suite 302
Las Vegas, NV 89148
702-804-0706

Attorneys for Defendant Dematic Corp.

Lewis Brisbois

//ss// Jeffrey Koelemay
By: Jeffrey Koelemay
5555 Kietzke Lane, Suite 200
Reno, NV 89511
Attorneys for Third Party Defendant Sally Beauty, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____June 16, 2020_____