UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUISELA AGUIRRE GUERRA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporatiom;<br>DOES 1-25; and BLACK CORPORATIONS<br>A-Z,<br><br>　　　　Defendants.<br><br>DEMATIC CORP., a Delaware Corporation,<br><br>　　　　Third Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A<br>SALLY BEAUTY COMPANY, INC.,<br><br>　　　　Third Party Defendant. | CASE NO. 3:18-cv-00376-LRH- CLB<br><br>**SUBSTITUTION OF COUNSEL (INTRA-OFFICE)**<br><br>**AND ORDER THEREON** |

**TO:** UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, NORTHERN DIVISION COURT CLERK AND COUNSEL OF RECORD;

JEFFREY KOELEMAY, ESQ. of Lewis Brisbois Bisgaard & Smith, does hereby consent

to the intra-office substitution of ALICE K. HERBOLSHEIMER, ESQ. of Lewis Brisbois Bisgaard & Smith, LLP as attorney of record for defendant SALLY BEAUTY SUPPLY. **Please update your certificates of service accordingly.**

DATED this 15th day of June, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Jeffrey Koelemay*
JEFFREY D. KOELEMAY
Nevada Bar No. 14558
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel. 775.827.6440
Attorneys for Third-Party Defendant

By  */s/ Alice Herbolsheimer*
ALICE K. HERBOLSHEIMER
Nevada Bar No. 6389
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel. 775.827.6440
Attorneys for Third-Party Defendant

Third-Party Defendant, SALLY BEAUTY SUPPLY, does hereby consents to the withdrawal of JEFFREY KOELEMAY, ESQ. and to the substitution of ALICE K. HERBOLSHEIMER, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH, LLP, as its attorney of record in the above-entitled action.

DATED: June 17, 2020.

SALLY BEAUTY SUPPLY, LLC

By: _____
SHERI CALDWELL, Associate General ~~General Counsel~~, Director of Litigation Counsel

2

**O R D E R**

AFOREMENTIONED SUBSTITUTION OF COUNSEL IS SO ORDERED.

DATED this 23rd day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3