**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| GUISELA AGUIRRE GUERRA, | Case No. 3:18-CV-0376-LRH-CLB |
|---|---|
| Plaintiff, | **ORDER DENYING EIGHTH STIPULATION TO EXTEND DISCOVERY** |
| v. | |
| DEMATIC CORP., *et al.*, | [ECF No. 112] |
| Defendants. | |

Before the Court is the parties eighth stipulation to extend discovery to June 3, 2022. (ECF No. 112.) The parties state that Dematic's counsel "insists" on taking the deposition of the liability expert, Morris Farkas, "in person" which is scheduled for January 28, 2022. (*Id.*) Guerra's counsel feels it is unsafe to do so because of Mr. Farkas's age and health concerns and because Dematic's counsel was exposed to Covid and has recently taken ill. (*Id.*)

An extended discovery period was initially granted in this case and was set to end on April 12, 2019. (ECF No. 10.) Discovery was extended a second time to April 10, 2020. (ECF Nos. 42, 46.) A third extension was then granted to July 10, 2020, (ECF No. 54), and a fourth time to October 12, 2020. (ECF No. 65.) The Court granted a fifth extension of discovery to March 15, 2021 and advised counsel that "absent extraordinary circumstances, the Court prefers that this be the final extension in this case . . . ." (ECF No. 80.) The parties were granted a sixth extension to December 15, 2021. (ECF No. 91.) A seventh extension of discovery was granted to December 30, 2021. (ECF No. 98.) An eighth extension of time to February 28, 2022 was granted for "the limited purpose of completing expert and witness depositions." (ECF No. 108.) Throughout this period the Court also held numerous case management conferences to assist the parties in timely completing the discovery process. (ECF Nos. 10, 42, 95, 99, 102, 104, 108.) The parties now seek to once again extend discovery to June 3, 2022 for a total of 3 years and 10

months of discovery. (ECF No. 112.)

More than three years of discovery is very rare even in the most complex of cases litigated during a pandemic. The Court will simply not allow further delays in this case especially when the current situation of having an in-person deposition is easily remedied by taking the deposition by video. In addition, Dematic has six attorneys of record, so if one has taken ill, another can easily take a deposition. Therefore, the stipulation to extend discovery, (ECF No. 112), is **DENIED**. All discovery in this case shall conclude on **February 28, 2022**. All depositions shall be taken via video conference to ensure the health and safety of all parties and to eliminate any dispute over the same.

**IT IS SO ORDERED.**

**DATED**: January 18, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**