ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *aspringel@springelfink.com*
          *nduncan@springelfink.com*
          *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA
### ***

| | |
|---|---|
| GUISELA AGUIRRE GUERRA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; DOES 1-25; and BLACK CORPORATIONS A-Z,<br><br>  Defendants. | Case No.:  3:18-cv-00376-LRH-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER** |
| DEMATIC CORP., a Delaware Corporation,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.,<br><br>  Third-Party Defendant. | |

/ / /

-1-

## STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER

Plaintiff GUISELA AGUIRRE GUERRA ("Plaintiff"), Defendant DEMATIC CORP., a Delaware corporation ("Dematic"), and Third Party Defendant SALLY BEAUTY SUPPLY, LLC ("Sally Beauty") pursuant to LR II 7-1, hereby stipulate to extend the deadlines for filing dispositive motions and joint pretrial order, only.

The current dispositive motion deadline is January 31, 2022, which falls before the close of discovery deadline on February 28, 2022. To ensure discovery is completed prior to dispositive motions being filed, and to prevent unnecessary motion work thereafter, all counsel request that the dispositive motion deadline be continued to at least March 31, 2022.

NOW, THEREFORE, and good cause appearing, it is hereby stipulated and agreed, that each of the deadlines set forth in the Stipulation and Order be extended as follows:

1. Dispositive Motions filing: March 31, 2022; and
2. Proposed Joint Pretrial Order: April 29, 2022.

The current discovery cutoff date of February 28, 2022 shall remain unchanged, however Plaintiff has indicated she intends to file a motion to extend this deadline to supplement her expert reports relating to her May 27, 2021 injury.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 25th day of January, 2022 | Dated this 25th day of January, 2022 |
| SPRINGEL & FINK LLP | LAW OFFICE OF STEVEN P. BRAZELTON |
| /s/ Nakesha S. Duncan-Perez | /s/ Steven P. Brazelton |
| By: _____ | By: _____ |
| ADAM H. SPRINGEL, ESQ. | STEVEN P. BRAZELTON, ESQ. |
| Nevada Bar No. 7187 | Nevada Bar No. 5882 |
| NAKESHA S. DUNCAN-PEREZ, ESQ. | NATHALIE HUYNH, ESQ. |
| Nevada Bar No. 11556 | Nevada Bar No. 5997 |
| 9075 W. Diablo, Suite 302 | 520 Holcomb Avenue |
| Las Vegas, Nevada 89148 | Reno, Nevada 89502 |
| Attorneys for Defendant/Third-Party Plaintiff | Attorney for Plaintiff |
| *DEMATIC CORP.* | *GUISELA AGUIRRE GUERRA* |

1  Dated this 25th day of January, 2022

2  LEWIS BRISBOIS BISGAARD & SMITH

3

4       */s/ Alice K. Herbolsheimer*
   By: _____
5  ALICE K. HERBOLSHEIMER, ESQ.
   Nevada Bar No. 6389
6  5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
7  Attorney for Third-Party Defendant
8  *SALLY BEAUTY SUPPLY*

9

10                              IT IS SO ORDERED.

11                              Dated this __25th__ day of January, 2022.

12

13                              _____
14                              UNITED STATES MAGISTRATE JUDGE
                                Case No.:  3:18-cv-00376-LRH-CLB
15

-3-

CERTIFICATE OF SERVICE

*Guerra v. Dematic Corp., et al.*
U.S.D.C. Case No.: 3:18-cv-00376

Pursuant to FRCP 5(b), on **January 25, 2022** the foregoing document entitled: **Stipulation and Order to Extend Deadlines for Filing Dispositive Motions and Joint Pretrial Order**  was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule 26(a)(1) on the following parties:

| | |
|---|---|
| Steven P. Brazelton, Esq.<br>**Law Office of Steven P. Brazelton**<br>520 Holcomb Avenue<br>Reno, Nevada 89502<br><br>Attorney for Plaintiff<br>*GUISELA AGUIRRE GUERRA* | Telephone: No.: (775) 826-2380<br>Facsimile No.: (775) 826-2386<br><br>E-Mail:<br>*sbrazelton@brazeltonlaw.com*<br>*dbmckean@brazeltonlaw.com* |
| Jack G. Angaran, Esq.<br>Alice K. Herbolsheimer<br>**Lewis, Brisbois, Bisgaard & Smith, LLP**<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br><br>Attorney for Third-Party Defendant<br>*SALLY BEAUTY SUPPLY* | Telephone No.: (775) 827-6440<br><br>E-Mail:<br>*jack.angaran@lewisbrisbois.com*<br>*alice.herbolsheimer@lewisbrisbois.com*<br>*sherie.morrill@lewisbrisbois.com* |

By: /s/ Ella Wilczynski
An employee of SPRINGEL & FINK LLP

-4-