ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *aspringel@springelfink.com*
          *nduncan@springelfink.com*
          *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

UNITED STATES DISTRICT COURT
STATE OF NEVADA
***

| | |
|---|---|
| GUISELA AGUIRRE GUERRA,<br><br>      Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; DOES 1-25; and BLACK CORPORATIONS A-Z,<br><br>      Defendants.<br>_____<br>DEMATIC CORP., a Delaware Corporation,<br><br>            Third-Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.,<br><br>                  Third-Party Defendant. | Case No.:   3:18-cv-00376-LRH-CLB<br><br>**STIPULATION TO EXTEND TIME TO FILE DEMATIC CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT DEMATIC CORP.'S FINANCIAL STATEMENTS AND FOR SANCTIONS (DOCUMENT 124)** |

/ / /

## STIPULATION TO EXTEND TIME TO FILE DEMATIC CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT DEMATIC CORP.'S FINANCIAL STATEMENTS AND FOR SANCTIONS (DOCUMENT 124)

Pursuant to Local Rule IA 6-1, the Parties, by and through their respective, undersigned, attorneys of record, stipulate and agree that the deadline for DEMATIC CORPORATION's response to PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT DEMATIC CORP.'S FINANCIAL STATEMENTS AND FOR SANCTIONS (DOCUMENT 124) filed on February 10, 2022 shall be extended to February 28, 2022.

This is the first request for an extension. It is made due to an ongoing trial Dematic's counsel has been involved in from February 14, 2022 to February 23, 2022 and thus not being able to complete it by the current deadline. This request only seeks a 2 court day extension. It is not intended for an improper purpose or to cause delay, but is made in good faith after discussions between the aforementioned counsel of record.

IT IS SO STIPULATED.

DATED this 25th day of February, 2022.

SPRINGEL & FINK LLP

/s/ Chad D. Fuss, Esq.
_____
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148
Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

DATED this 25th day of February, 2022.

LAW OFFICE OF STEVEN P. BRAZELTON

/s/ Steven P. Brazelton, Esq.
_____
Steven P. Brazelton, Esq.
520 Holcomb Avenue
Reno, Nevada 89502

Attorney for Plaintiff
*GUISELA AGUIRRE GUERRA*

-3-

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the briefing deadlines on DEMATIC CORPORATION's response to PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT DEMATIC CORP.'S FINANCIAL STATEMENTS AND FOR SANCTIONS (DOCUMENT 124) are extended pursuant to the parties' stipulation.

Dates this __25th__ day of __February__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
*Guerra v. Dematic Corp., et al.*
U.S.D.C. Case No.: 3:18-cv-00376

Pursuant to FRCP 5(b), on **February 25, 2022** the foregoing document entitled: *STIPULATION TO EXTEND TIME TO FILE DEMATIC CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT DEMATIC CORP.'S FINANCIAL STATEMENTS AND FOR SANCTIONS (DOCUMENT 124)* was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule26(a)(1) on the following parties:

| | |
|---|---|
| Steven P. Brazelton, Esq.<br>**Law Office of Steven P. Brazelton**<br>601 S. Arlington Avenue<br>Reno, Nevada 89509<br><br>Attorney for Plaintiff<br>*GUISELA AGUIRRE GUERRA* | Telephone: No.: (775) 826-2380<br>Facsimile No.: (775) 826-2386<br><br>E-Mail:<br>sbrazelton@brazeltonlaw.com<br>dbmckean@brazeltonlaw.com |
| Jack G. Angaran, Esq.<br>Alice K. Herbolsheimer<br>**Lewis, Brisbois, Bisgaard & Smith, LLP**<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br><br>Attorney for Third-Party Defendant<br>*SALLY BEAUTY SUPPLY* | Telephone No.:  (775) 827-6440<br><br>E-Mail:<br>jack.angaran@lewisbrisbois.com<br>alice.herbolsheimer@lewisbrisbois.com<br>sherie.morrill@lewisbrisbois.com |

By:  /s/ Ella Wilczynski
    An employee of SPRINGEL & FINK LLP

| | |
|---|---|
| **From:** | Steve Brazelton |
| **To:** | Chad D. Fuss |
| **Cc:** | Ella Wilczynski; GuerravDematicCorpetalZ6182496@projects.filevine.com; Nakesha Duncan-Perez |
| **Subject:** | Re: Guerra - Motion to Compel Financial Records |
| **Date:** | Friday, February 25, 2022 1:07:58 PM |

Yes, stip is fine.

On Thu, Feb 24, 2022 at 4:38 PM Chad D. Fuss <cfuss@springelfink.com> wrote:

> Steve-
>
> Can we put your signature on the attached Stipulation?
>
> Thank you.
>
> Chad D. Fuss
> Attorney
>
> 
>
> 9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
> Tel: (702) 804-0706 | Fax: (702) 804-0798
>
> **From:** Steve Brazelton <sbrazelton@brazeltonlaw.com>
> **Sent:** Thursday, February 24, 2022 4:15 PM
> **To:** Chad D. Fuss <cfuss@springelfink.com>
> **Cc:** Nakesha Duncan-Perez <nduncan@springelfink.com>; Ella Wilczynski <ewilczynski@springelfink.com>; GuerravDematicCorpetalZ6182496@projects.filevine.com
> **Subject:** Re: Guerra - Motion to Compel Financial Records
>
>
> Chad, that is fine.
>
>
> Steven P. Brazelton

Law Office of Steven P. Brazelton

601 South Arlington Avenue

Reno, Nevada 89509

775-826-2380

775-826-2386 (fax)

sbrazelton@brazeltonlaw.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Thu, Feb 24, 2022 at 4:00 PM Chad D. Fuss <cfuss@springelfink.com> wrote:

> Steve-
>
> Will you stipulate to allow us to file our response to the Motion to Compel re financial records to Monday?
>
> Thank you.
>
> Chad D. Fuss
> Attorney
>
> Springel & Fink
> ATTORNEYS AT LAW
>
> 9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148

> Tel: (702) 804-0706 | Fax: (702) 804-0798
>
> ---
>
> This email has been scanned for spam and viruses. Click here to report this email as spam.

--
Steven P. Brazelton

Law Office of Steven P. Brazelton
601 South Arlington Avenue
Reno, Nevada 89509
775-826-2380
775-826-2386 (fax)
sbrazelton@brazeltonlaw.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.