ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *aspringel@springelfink.com*
          *nduncan@springelfink.com*
          *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

| | |
|---|---|
| GUISELA AGUIRRE GUERRA,<br><br>        Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; DOES 1-25; and BLACK CORPORATIONS A-Z,<br><br>        Defendants.<br>_____<br>DEMATIC CORP., a Delaware Corporation,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.,<br><br>                        Third-Party Defendant. | Case No.:  3:18-cv-00376-LRH-CLB<br><br>**ORDER GRANTING**<br>**REQUEST TO REMOVE ATTORNEYS FROM THE ELECTRONIC SERVICE LIST** |

/ / /

### REQUEST TO REMOVE ATTORNEYS FROM THE ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Michael A. Arata, Esq. and Jonathan C. Pattillo, Esq., of the law firm of Springel & Fink, LLP are no longer counsel of record for DEMATIC CORP. Please remove attorneys Michael A. Arata and Jonathan C. Pattillo from the Court's Electronic Service List.

Adam H. Springel, Esq., Nakesha S. Duncan-Perez, Esq. and Chad D. Fuss, Esq. of the law firm of Springel & Fink LLP will continue to serve as counsel for the Defendant/Third-Party Plaintiff DEMATIC CORP. in this matter.

Dated this 1st day of February, 2023

SPRINGEL & FINK LLP

By: */s/ Nakesha S. Duncan-Perez*
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148

Attorneys for Defendant/Third-Party Plaintiff *DEMATIC CORP.*

### ORDER

IT IS SO ORDERED.

DATE: February 1, 2023

UNITED STATES MAGISTRATE JUDGE
Case No. 3:18-cv-00376-LRH-CLB