ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *aspringel@springelfink.com*
          *nduncan@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

### UNITED STATES DISTRICT COURT
### STATE OF NEVADA

| | |
|---|---|
| GUISELA AGUIRRE GUERRA,<br><br>          Plaintiff,<br><br>vs.<br><br>DEMATIC CORP., a Delaware Corporation; DOES 1-25; and BLACK CORPORATIONS A-Z,<br><br>          Defendants.<br><hr>DEMATIC CORP., a Delaware Corporation,<br><br>                    Third-Party Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC F/K/A SALLY BEAUTY COMPANY, INC.,<br><br>                              Third-Party Defendant. | Case No.:   3:18-cv-00376-LRH-CLB<br><br>**ORDER GRANTING REQUEST TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |

    PLEASE TAKE NOTICE that Chad D. Fuss, Esq., of the law office of Springel & Fink, LLP is no longer counsel of record for Defendant/Third-Party Plaintiff DEMATIC CORP. Please remove attorney Chad D. Fuss from the Court's Electronic Service List.

/ / /

-1-

-2-

Adam H. Springel, Esq. and Nakesha S. Duncan-Perez, Esq. of the law firm of Springel & Fink LLP will continue to serve as lead counsel for the Defendant/Third-Party Plaintiff DEMATIC CORP in this matter.

| | |
|---|---|
| Dated this 11th day of April, 2023 | SPRINGEL & FINK LLP |
| | */s/ Nakesha S. Duncan-Perez* |
| | By: _____ |
| | ADAM H. SPRINGEL, ESQ. |
| | Nevada Bar No. 7187 |
| | NAKESHA S. DUNCAN-PEREZ, ESQ. |
| | Nevada Bar No. 11556 |
| | 9075 W. Diablo, Suite 302 |
| | Las Vegas, Nevada 89148 |
| | |
| | Attorneys for Defendant/Third-Party Plaintiff *DEMATIC CORP.* |

### COURT APPROVAL

**IT IS SO ORDERED.**

**DATE**: April 12, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 3:18-cv-00376-LRH-CLB

CERTIFICATE OF SERVICE
*Guerra v. Dematic Corp., et al.*
U.S.D.C. Case No.: 3:18-cv-00376

Pursuant to FRCP 5(b), on **April 11, 2023** the foregoing document entitled: **REQUEST TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** was served via electronic service through the United States District Court for the District of Nevada's ECF system and pursuant to Rule26(a)(1) on the following parties:

| | |
|---|---|
| Steven P. Brazelton, Esq.<br>**Law Office of Steven P. Brazelton**<br>601 S. Arlington Avenue<br>Reno, Nevada 89509<br><br>Attorney for Plaintiff<br>*GUISELA AGUIRRE GUERRA* | Telephone: No.: (775) 826-2380<br>Facsimile No.: (775) 826-2386<br><br>E-Mail:<br>*sbrazelton@brazeltonlaw.com*<br>*dbmckean@brazeltonlaw.com* |
| Jack G. Angaran, Esq.<br>Alice K. Herbolsheimer<br>**Lewis, Brisbois, Bisgaard & Smith, LLP**<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br><br>Attorney for Third-Party Defendant<br>*SALLY BEAUTY SUPPLY* | Telephone No.: (775) 827-6440<br><br>E-Mail:<br>*jack.angaran@lewisbrisbois.com*<br>*alice.herbolsheimer@lewisbrisbois.com*<br>*sherie.morrill@lewisbrisbois.com* |

By:  /s/ Ella Wilczynski
An employee of SPRINGEL & FINK LLP

-3-