1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA
***

12
13  GUISELA AGUIRRE GUERRA,                        Case No.:   3:18-cv-00376-LRH-CLB
14          Plaintiff,
    vs.
15                                                 **ORDER GRANTING STIPULATION**
    DEMATIC CORP., a Delaware Corporation;         **FOR DISMISSAL WITH PREJUDICE**
16  DOES 1-25; and BLACK CORPORATIONS A-Z,
17          Defendants.
18  ─────────────────────────────────
    DEMATIC CORP., a Delaware Corporation,
19
                Third-Party Plaintiff,
20  vs.
21
    SALLY BEAUTY SUPPLY, LLC F/K/A SALLY
22  BEAUTY COMPANY, INC.,
23                              Third-Party
                Defendant.
24

25          Pursuant Fed. R. Civ.P. 41(a)(1)(A)(i), Plaintiff GUISELA AGUIRRE GUERRA
26  ("Plaintiff"), Defendant DEMATIC CORP., a Delaware corporation ("Dematic"), and Third Party
27  Defendant SALLY BEAUTY SUPPLY, LLC ("Sally Beauty") hereby stipulate to the dismissal of
28

-1-

this action with prejudice in its entirety, including all claims, counterclaims, cross-claims and third-party claims, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 20th day of September, 2023.

SPRINGEL & FINK LLP

  */s/ Nakesha S. Duncan-Perez*
By: _____
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148
Attorneys for Defendant/Third-Party Plaintiff
*DEMATIC CORP.*

Dated this 20th day of September, 2023.

LAW OFFICE OF STEVEN P. BRAZELTON

  */s/ Steven P. Brazelton*
By: _____
STEVEN P. BRAZELTON, ESQ.
Nevada Bar No. 5882
520 Holcomb Avenue
Reno, Nevada 89502
Attorney for Plaintiff
*GUISELA AGUIRRE GUERRA*

Dated this 20th day of September, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

  */s/ Alice K. Herbolsheimer*
By: _____
ALICE K. HERBOLSHEIMER
Nevada Bar No. 6389
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Attorney for Third-Party Defendant
*SALLY BEAUTY SUPPLY*

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS ORDERED that this action is dismissed with prejudice in its entirety, including all claims, counterclaims, cross-claims and third-party claims, with each party to bear its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close this case.

IT IS SO ORDERED.

DATED this 22nd day of September, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE